Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Roanoke Division



In re:                                    )
                                          )
JONES, SONDRA MAY                         )        Case No. 08-51323
                                          )
                                          )
                                          )
          Debtor(s)                       )        Chapter 7
                                          )

## TRANSMITTAL OF UNCLAIMED FUNDS

Comes now the undersigned trustee and reports as follows:

1.  Funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case.  The bank on which these checks are drawn has been instructed to stop payment on said checks.

2.  The trustee's check[1] payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

3.  The trustee has indicated the name, address, and amount due each creditor on the attached..

Date:   January 8, 2010                   /s/ William E. Callahan, Jr.
                                          WILLIAM E. CALLAHAN, JR.
                                          Drawer 1200
                                          Roanoke, VA  24006-1200
                                          (540) 777-3068



----

[1]  A separate check payable to the Clerk must be issued for unclaimed dividends less than $25.00 per creditor, which is payable directly to the U.S. Treasury.  For those over $25.00 per creditor, a separate check is required which is deposited to the local Registry Account.

| Date: 01/11/10 | Check Number:  3002 | Amount:    1,886.29 |
|---|---|---|

Case Number:  08-51323    RWK
Debtor Name:  JONES, SONDRA MAY

| Paid To:  **JOHN W. L. CRAIG II CLERK**<br>**U.S. BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF VIRGINIA**<br>**210 CHURCH AVE, ROOM 200**<br>**ROANOKE, VA 24011** | Trustee:  WILLIAM E. CALLAHAN, JR., TRUSTEE<br>DRAWER 1200<br>ROANOKE, VA  24006 |
|---|---|

Description:  Surplus funds paid over to debtor   not claimed

Bank Account Number:  4429677308