Form 704-8B
Rev. 1/05

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Harrisonburg Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JONES, SONDRA MAY | ) | Case No. 08-51323 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 7 |
| | ) | |

## AMENDED TRANSMITTAL OF UNCLAIMED FUNDS

Comes now the undersigned trustee and reports as follows:

1. Funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case. The bank on which these checks are drawn has been instructed to stop payment on said checks.

2. The trustee's check[1] payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

3. The trustee has indicated the name, address, and amount due each creditor below:

| Name/Address | Amount Due | Claim No. |
|---|---|---|
| Sondra May Jones | $1,886.29 | N/A-surplus funds |
| c/o David W. Earman | | to debtor |
| 57 S. Main Street, Ste. 206 | | |
| Harrisonburg, VA 22801 | | |

Date: January 15, 2009          /s/ William E. Callahan, Jr.
                                WILLIAM E. CALLAHAN, JR.
                                Drawer 1200
                                Roanoke, VA  24006-1200
                                (540) 777-3068

---

[1] A separate check payable to the Clerk must be issued for unclaimed dividends less than $25.00 per creditor, which is payable directly to the U.S. Treasury. For those over $25.00 per creditor, a separate check is required which is deposited to the local Registry Account.